**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FELLOWSHIP WAREHOUSING & LOGISTICS LLC; MILLIARD ENTERPRISES LLC d/b/a MILLIARD BRANDS; LAKEWOOD CANDIES LLC; FOAMTEX LLC; CHAIM GROSS and SHANI GROSS<br><br>      Movants,<br><br>   v.<br><br>FREIGHT INNOVATION, LLC<br><br>      Respondent,<br><br>IN RE SUBPOENAS ISSUED IN:<br><br>FREIGHT INNOVATION, LLC<br><br>      Plaintiff,<br><br>   v.<br><br>FELLOWSHIP WAREHOUSING & LOGISTICS LLC, et al.<br><br>      Defendants,<br><br>pending in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:25-cv-02559-CFK-LAS. | Case No. 1:26-mc-323 |

**NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY RULE 45 SUBPOENA**
**TO NON-PARTY FIRST COMMERCE BANK**

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE:** on a date and at a time to be determined and before the above-entitled Court, Movants FELLOWSHIP WAREHOUSING & LOGISTICS LLC; MILLIARD ENTERPRISES LLC d/b/a MILLARD BRANDS; LAKEWOOD CANDIES LLC; FOAMTEX LLC; CHAIM GROSS and SHANI GROSS ("Movants") will and hereby do move the Court for an order quashing or, in the alternative, modifying the Rule 45 Subpoenas issued by Respondent FREIGHT INNOVATION LLC ("Plaintiff") to First Commerce Bank in *Freight Innovation LLC v. Fellowship Warehousing & Logistics LLC*, United States District Court for the Eastern District of Pennsylvania Case No. 2:25-cv-02559-CFK-LAS (the "Pennsylvania Case").  True and correct copies of the Subpoenas are attached as Exhibit 3 to the concurrently-filed Declaration of Steven A. Heath.

Movants respectfully requests that the Court enter an order:

1. Quashing the First Commerce Bank subpoena in its entirety under Federal Rule of Civil Procedure 45(d)(3) as untimely (served after the close of fact discovery without leave of court); or, in the alternative;

2. Modifying the subpoena under Federal Rule of Civil Procedure 45(d)(3) as follows:

   (a) limiting the time period for the records to  January 1, 2023 - May 22, 2025;

   (b) deleting all references to categories of records other than monthly account statements and wire-transfer detail (i.e., debit- and credit-card activity, address-change records, DBA-change records, individual-addition/removal records, and account-closure records);

   (c) deleting all references  to Chaim Gross;

   (d) deleting all references  to FoamTex LLC; and

3.  Granting such further relief as the Court deems just and proper.

This Motion is based on this Notice of Motion; the attached Memorandum of Points and Authorities; the concurrently filed Declaration of Steven A. Heath and exhibits thereto; the files and records in this case and in the Pennsylvania Case, and such other and further evidence,

argument and authorities as may be presented to the Court at the hearing of this Motion.

Dated: June 26, 2026                    Respectfully submitted,

**GRIFFIN PARTNERS LLP**

By: _Steven A. Heath_
Steven A. Heath (SBN 250867)
steven@griffinpartners.us
407 N. Maple Drive, Ground Floor
Beverly Hills. CA 90210
Telephone: (213) 335-6245
Facsimile: (213) 335-6246

Attorneys for _FellowShip Warehousing & Logistics LLC, Milliard Enterprises LLC, Lakewood Candies LLC, FoamTex LLC, Chaim Gross, and Shani Gross_

3