USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELLOWSHIP WAREHOUSING & LOGISTICS LLC, et al.,

Movant,

-v-

FREIGHT INNOVATION LLC,

Respondent.

26-mc-00323 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties shall show cause by no later than July 13, 2026, why this subpoena enforcement matter seeking to quash a subpoena on First Commerce Bank should not be transferred to the United States District Court for the Eastern District of Pennsylvania either on consent or on a finding of exceptional circumstances. Fed. R. Civ. P. 45(f). First Commerce Bank is invited to inform the Court whether it consents to transfer to the Eastern District of Pennsylvania. Counsel for movants shall serve First Commerce Bank with a copy of this Order and file proof of service on the docket.

SO ORDERED.

Dated: July 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge